## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| AUUE, INC. | : | No. 327 WAL 2021 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| BOROUGH OF JEFFERSON HILLS | : | |
| ZONING HEARING BOARD | : | |
| AND BOROUGH OF JEFFERSON HILLS; | : | |
| AND 68 RESIDENTS OF JEFFERSON | : | |
| HILLS | : | |
| | : | |
| | : | |
| PETITION OF:  BOROUGH OF | : | |
| JEFFERSON HILLS | : | |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is

**DENIED**.